IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00254-LTB

JAMES PACHOKAS,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

___

# JUDGMENT
___

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 12, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 12 day of March, 2013.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/ S. Grimm
                Deputy Clerk